Matter of Simmons (2023 NY Slip Op 00917)

Matter of Simmons

2023 NY Slip Op 00917

Decided on February 16, 2023

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:February 16, 2023

PM-30-23
[*1]In the Matter of Paul S. Simmons, an Attorney. (Attorney Registration No. 1990738.)

Calendar Date:February 14, 2023

Before:Garry, P.J., Lynch, Clark, Reynolds Fitzgerald and Fisher, JJ.

Paul S. Simmons, Davis, California, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany, for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Paul S. Simmons was admitted to practice by this Court in 1985 and lists a business address in Sacramento, California with the Office of Court Administration. Simmons now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Simmons's application.
Upon reading Simmons's affidavit sworn to January 4, 2023 and filed January 10, 2023 and upon reading the January 26, 2023 correspondence in response by the Chief Attorney for AGC, and having determined that Simmons is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.
Garry, P.J., Lynch, Clark, Reynolds Fitzgerald and Fisher, JJ., concur.
ORDERED that Paul S. Simmons's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further
ORDERED that Paul S. Simmons's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Paul S. Simmons is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Simmons is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Paul S. Simmons shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.